## MOTION DOCKET

**88–1852.** State v. Brewer. *Greene County,* No. 87CA67. On motion to set execution date. Motion granted.

RESNICK, J., would also set June 15, 1996 as the date.

WRIGHT, F.E. SWEENEY and COOK, JJ., dissent.

**94–108.** State ex rel. Howard v. Ferreri. In Mandamus. On response to show cause. order. Respondent is found not to be in contempt.

MOYER, C.J., and PFEIFER, J., dissent.

**94–2739.** State v. Gersin. *Lake County,* No. 93–L–025. On motion to withdraw as counsel. Motion to withdraw only granted.

**95–1177.** Burris v. Tracy. Board of Tax Appeals, No. 94–K–227. On request for argument before full court. Motion granted.

COOK, J., dissents.

**95–1880.** State v. McClain. *Vinton County,* No. 482. On motion for leave to file delayed appeal. Motion denied.

WRIGHT and PFEIFER, JJ., dissent.

**95–1949.** Haller v. Borror. *Franklin County,* No. 95APE01–16. On motion to disqualify Supreme Court Justices, filed *pro se. Sua sponte,* motion stricken.

WRIGHT, J., would deny the motion.

## DISCRETIONARY APPEALS ALLOWED

**95–1600.** Morey v. Cincinnati Ins. Co. *Warren County,* No. CA94–08–075. *Sua sponte,* cause held for the decision in 94–2765, *Girgis v. State Farm Mut. Auto. Ins. Co.,* Cuyahoga County, No. 66970; briefing schedule stayed.

RESNICK and F.E. SWEENEY, JJ., dissent.

**95–1627.** In re Estate of Hegel. *Warren County,* No. CA94–12–103.

DOUGLAS, F.E. SWEENEY and COOK, JJ., dissent.

**95–1675.** Pangle v. Joyce. *Van Wert County,* No. 15–94–5.

MOYER, C.J., WRIGHT and COOK, JJ., dissent.

**95–1708.** State v. Triplett. *Cuyahoga County,* No. 67450.

WRIGHT, PFEIFER and COOK, JJ., dissent.